**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Debbie Hofmeister, | Civil No. 06-1017 (RHK/AJB) |
| Plaintiff, | **SECOND AMENDED NOTICE OF TRIAL AND SCHEDULE FOR SUB-MISSION OF TRIAL MATERIALS** |
| vs. | |
| Boris Miksic, Cortec Corp., | |
| Defendants. | |

---

The above matter is deemed ready for trial before the undersigned as of June 18, 2007, in St. Paul, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>June 11, 2007</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>June 15, 2007</u>:

(1) Responsive Briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

    (3)    Replies to Trial Briefs.

By June 18, 2007:  Responses to the Written Objections.

Dated:  May 24, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge